LANTZ ARNELL, MD
P.O. BOX 181583 Coronado, CA 92178
Tel. (619) 435-4064

FILED
08 MAR 10 PM 1:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0441 J JMA

| | |
|---|---|
| LANTZ ARNELL, MD | Civil Complaint |
| | Demand for Jury Trial |
| Plaintiff | |
| vs. | |
| JACK LIEB ESQ. & Ass. | |
| Judge William McAdam | |
| (and others) | |
| Defendants | |

   PURSUANT to U.S.C. 18 § 1964, 18 § 2333(a) and any other federal law that may be applicable, the plaintiff files this timely complaint against the above named

1

defendants. This suit is not to be construed as a complaint against the state of California. The state of California has been victimized by the defendants and is not responsible for their actions. Plaintiff does not hold the State of California liable for the actions of the defendants and is not named in this suit.

1. The Plaintiff is a businessman engaged in interstate commerce from his home office in San Diego County for over 20 years. Plaintiff is an Eye surgeon, past President of the San Diego Chapter of the National Medical Association and has been a consultant for the FBI.

2. The Plaintiff is informed, believes and upon that information alleges Jack Lieb & Associates (herein after Lieb) includes Jack Lieb, and R. Fahey, lawyers practicing in San Diego County.

3. Judge William McAdam (herein after McAdam) is and was at the time specified herein, a San Diego County Superior Court Judge.

4. The Plaintiff is currently unaware of the proper identity, specific factual involvement, or cooperation with or relation to other named defendants designated as "and others". Consequently, Plaintiff sues these defendants by such fictitious names and herein reserves

the right to amend this complaint when the true names capacities, actions and other pertinent facts become available.

5.     FIRST CAUSE OF ACTION: RACKETEERING

The plaintiff is informed and based on that information believes and there upon alleges that the defendants are central figures in a continuing criminal enterprise(herein after CCE)which has been attempting to harm the Plaintiff for his property and his business for several years.  Activities of he CCE include but are not limited to the following:

   a. Murder
   b. Murder for hire
   c. Arson
   d. Identity theft
   f. Computer hacking
   g. wire fraud
   h. white slavery
   I. Kidnaping
   j. Staged Traffic Accidents
   k. jury tampering
   l. election fraud and intimidation at polling places.
   m. corruption of public officials
   n. financing of street gangs.
   o. Insurance fraud
   p. perpetuation of religious intolerance.

The CCE is described with particularity on page 10 infra. Working for the CCE, Lieb and McAdam have engaged in a pattern of racketeering previously unknown in the United States. The San Diego County Superior Court is an institution that effects interstate commerce. Lieb and McAdam, as officials of that court have successfully used that institution for racketeering activities in violation of U.S.C. 18 § 1962. They use actors, make-up artists, identity theft, staged auto accidents, violence, the threat of violence and murder on an unprecedented scale.

A. A complaint alleging that McAdam is involved in corruption and racketeering was filed in federal court in 2007. The federal court ruled that McAdam failed to answer the complaint. The plaintiff is informed, therefore believes and now alleges that McAdam used funds derived from the illicit activities of the CCE to arrange a staged auto accident in the State of Illinois to block the earlier complaint by targeting the plaintiff's mother.

B. The Plaintiff is informed and there upon alleges that Lieb and McAdam has engaged in staged auto accidents, insurance fraud, bribery, internet hacking, money laundering, identity theft, supplying persons with false identification for sworn testimony in superior court proceedings and depositions and other predicate crimes in violation of U.S.C. 18 § 1962 and U.S.C. 18 § 2332b. With money obtained from the

illegal activities of the CCE Lieb paid an associate to represent him in a case where the insurance fraud failed. The associate paid a group of people in the CCE to try to intimidate the defendant in that case to prevent him from showing up in court by the following:

  a. McAdam was paid with illicit funds to protect Lieb by denying a writ of Coram nobis under color of right relating to that case,

  b. Mcadam uses his influence to encourage the Judge and clerks in that case to give Lieb favorable rulings, with-hold documents, rearrange information in the file and block access to the appellate court.

  c. Lieb used, guards with guns, and people who appeared to be criminals to approach and stare at the plaintiff in order to intimidate him so he would have reason to fear for his safety in the court house and in the court room.

 C. There have been three attempts to either kill or maim the plaintiff by members of the CCE. Lieb was involved in planing two of these attacks. The plaintiff is informed, believes and thereupon alleges Lieb and McAdam have used illicit funds from the illegal activities of the CCE to arrange for assassination attempts and are accessories to multiple counts of fraud, and attempted murder.

6. <u>SECOND CAUSE OF ACTION: AIDING AND ABETTING</u>
 A. On or about September 26, 2004, the plaintiff

1  was minding his own law-full business in his own
2  driveway when a man carrying the identification of
3  Randlett T. Lawrence, (herein after Lawrence) walked
4  silently up the driveway, armed himself with a 7.4
5  pound, 4.5 foot sword, (herein after the weapon) and,
6  without provocation, stabbed the plaintiff in the
7  chest, abdomen and arms. Lawrence walked to the
8  sidewalk and waited for the plaintiff to die.
9      B.  Plaintiff filed charges against Lawrence.
10 Lawrence filed a complaint against the plaintiff (the
11 After Action Report) admitting conspiracy,
12 premeditation, malice aforethought, stalking, criminal
13 trespass and assault with a deadly weapon. Someone
14 high in the District Attorney's office dropped the
15 charges against Lawrence and aggressively pursued
16 charges against the plaintiff.
17     C.  Judge Kerry Wells arraigned the plaintiff on
18 assault charges and later, after exparte communication
19 with the District Attorney's office, and with no
20 warning to the plaintiff, charged plaintiff with an
21 additional crime that did not apply while he was
22 without counsel. Plaintiff is informed, there upon
23 believes and upon this belief alleges that Judge Wells
24 knew Lawrence, his accomplis, and co-conspirators.
25     D.  The conspirators, all members of the CCE, paid
26 Lieb to sue the Plaintiff in civil court for injuries
27 Lawrence did not receive. Lieb knowingly and willingly
28 became an accessory after the fact to the attempted

murder and turned the suit into an insurance fraud. When this failed, Lieb used money derived from the illegal activities of the CCE to bribe the plaintiff's attorneys to help him win a default judgement.

E. Lieb paid an associate to protect him and Lawrence in the civil suit. The CCE brought in McAdam to protect Lieb and Lawrence under color of right using funds from other racketeering activities in violation of U.S.C. 18 § 1962.

6. THIRD CAUSE OF ACTION: OBSTRUCTION OF JUSTICE

A. Lieb and McAdam know the plaintiff is innocent. They also know that Lawrence is guilty of attempted murder and they work in concert to obstruct justice both inside and outside the court. McAdam covers up prosecutorial misconduct and wire fraud. Lieb pays a legion of criminals to perform illegal wire taps, home invasions, robberies, staged auto accidents, identity theft, internet hacking, con artists for manipulation and intimidation of witnesses and "buzz marketing" to protect McAdam and other judges.

B. The Plaintiff is informed, thereupon believes, and consequently alleges that internet hacking and supplying false identification to further the objectives of the CCE transcends international boundaries in violation of U.S.C. 18 § 2332b.

7.     FOURTH CAUSE OF ACTION: FRAUD

A. Lieb paid an actress and make-up artist to pretend she was Elizabeth Rosenthal, Lawrence's accomplis, and this actress testified in open court pretending to be Elizabeth Rosenthal.

B. There is no documented proof that Lawrence was injured at the hands of the plaintiff and considerable documentation that Lawrence committed perjury regarding his injuries during the prove-up and in deposition. Lieb commits fraud upon the court while McAdam protects him in violation of U.S.C. 18 § 1962.

C. The plaintiff is informed, therefore believes and upon that belief alleges that Lawrence is a fictitious name on a fictitious drivers license. Lieb brought the lawsuit as an insurance fraud. Lawrence's true identity is unknown. Lieb is using the fake identification to attack plaintiff's business and property knowing that the injury he has caused the plaintiff's property and his business in Lawrence's name will be almost impossible to repair when Lawrence assumes another identity.

8. Because of the illegal actions of Lieb and McAdam, the plaintiff has been harmed in his person, business and property.

A. The brand name has been injured.

B. To stay in business, clients and suppliers must be protected from organized crime. The only way to protect them is to make sure they are unknown. This

1  requires a lack of communication.  No business can
2  survive without communication with business associates.
3  The illegal wire taps, rerouted and blocked telephone
4  calls, mail fraud and the legion of con artists the
5  CCE, including Lieb and McAdam, has paid to harass the
6  plaintiff make the pursuit of normal business activity
7  impossible.
8      C. The sole operator of an interstate business has
9  been placed in fear for his life and the lives of his
10 family and friends.
11     D.  Potential business associates are harassed when
12 they walk up the driveway by people placed around the
13 house by Lieb.
14     E.  With McAdam's help, Lieb has placed a lien on
15 the plaintiff's property.
16     F.  The fraud has cost the business over
17 $100,000.00. for legal expenses.
18
19 9.   Request for Relief
20     Plaintiff prays for the following relief:
21     A.  All Criminal charges and convictions against
22 plaintiff be dismissed.
23     B.  The Civil case against plaintiff be dismissed
24 with prejudice.
25     C.  McAdam and Lieb to pay legal expenses of
26 plaintiff as individuals without help from the State of
27 California.
28     D.  Punitive damages as the Court allows paid by

defendants.

    E.   Release of lien and any other encumbrance on Plaintiff's property

    F.   Full Federal investigation of the CCE.

    G.   Investigation into the death of Abigail Dickson and disappearance of key witnesses.

    H.   All documents, databases, police files both state and federal to show that plaintiff was falsely accused and maliciously prosecuted.

10.          <u>Description of the CCE</u>

    A.   Organization

        a.   The CCE is structured to appear like a political action committee (herein after, PAC). In Democratic counties it is a Democratic PAC. In Republican counties it is Republican. Donations are solicited from the party faithful and backing for state, local and federal offices is given to candidates. The surface appears legal.

        b.   The CCE requires everyone to perform a task. McAdam was told to block a petition for Coram Nobis where the plaintiff had evidence of attempted murder. McAdam did as he was told, knowingly and willingly becoming an accessory to the attempted murder. The CCE holds this over McAdam's head, forcing him to commit more illegal acts from the bench.

  c. CCE candidates run unopposed for reelection.

  d. Anyone or entity involved in illegal activity pays the CCE. Murder and maiming is their specialty. The preferred method is the staged auto accident. Fake witnesses, wire fraud using 911 calls, preselected police to be "first on the scene" for police reports and to manage the crime scene, and protection from Lieb and McAdam.

  e. With McAdam and Lieb, no CCE murderer goes to trial or even gets charged with a crime.

  f. The CCE hires physicians to make the wrong diagnosis so that victims can be killed in the hospital or at home. The wrong medication combined with coffee laced with cocaine gives the illusion of a stroke. No one does toxicology and the patient dies of "Natural Causes".

B. Financing:

  a. The CCE receives money from legal activities that is used for advertising. Advertising dollars are used to buy editorial opinion or omissions in mass media.

  b. Illegal funds are separated. Illicit cash is used to refinance illegal operations. Illegal income becomes an underground economy and dollars become fungible. Bribes take the form of sexual favors, vacations, early parole, vehicle leases, mortgage refinancing and almost anything required to

1 | secure profits and protection for the CCE.

    c. Anyone who doesn't go along disappears.

    d. None of the money gained from illegal activities goes back into the economy. Consequently, it is virtually invisible to the IRS.

B. History

    1. This CCE surfaced in 1969 with the creation and financing of a Chicago street gang called the Black Stone Rangers. The CCE used paramilitary style marching and clothing to give the illusion that it was CIA financed and protected. The CCE cloaked itself in corporate appearance but it is not a corporate entity.

    2. The CCE supplied the gang with guns, drugs and protection from the police. Profits from drug sales were used to participate in the election process. CCE politicians further insulate the CCE from investigation.

    3. To avoid detection and frustrate investigators, the CCE changed the name of the gang often.

    4. An early revenue stream for the CCE involved the disruption of communities. Gang activity brought property values down and panic selling. The CCE was able to acquire a luxury hotel from which the gang ran gambling, drugs and prostitution. The hotel was near a Jewish community. The gangs targeted this community using anti-Semitic remarks and threats of

violence. Hundreds of families were displaced. The CCE purchased their property under fictitious names for less than market, pulled the gangs out and sold at over market prices.

5. Arrests and prosecution of gang members put gang leaders in prisons. The prison population is much easier to segregate and gangs proliferate inside prison. Drug sales inside prison and the revolving door of parole allows gang leaders inside to control criminal activities on the street.

C. The pattern of racketeering activity includes but is not limited to Conspiracy to commit murder, attempted murder, aiding and abetting, bribery, obstruction of justice, identity theft, fraud, computer hacking, wire fraud, and intimidation of witnesses.

D. As central figures in this CCE, Lieb and Mcadam pose a threat to the judiciary of the state of California and a clear and present danger to the security of The United States of America.

The foregoing is true to the best of my knowledge.

Date: March 10, 2008          Signed _____
                              Lantz Arnell, MD

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
LANTZ E. ARNELL

### DEFENDANTS
JACK LIEB
R. FAHEY
WOLENHAM, McADAM

08 MAR 10

**(b)** County of Residence of First Listed Plaintiff: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

SOUTHERN DISTRICT OF CALIFORNIA

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY: ___ DEPUTY

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**'08 CV 0441 J JMA**

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☒ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
USC 18 § 1964

Brief description of cause:
RICO FRAUD

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 100,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE N. JONES
DOCKET NUMBER

DATE: MARCH 10, 2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 148579 AMOUNT $350 APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

SM 3/10/08

```
       UNITED STATES
       DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
         SAN DIEGO DIVISION

    #  148579      - SH

       March 10, 2008
          13:23:12

         Civ Fil Non-Pris
    USAO #.: 08CV0441
    Judge..: NAPOLEON A JONES, JR
    Amount.:              $350.00 CA


    Total->   $350.00


    FROM: ARNELL V. LIEB ET AL
```