# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LANTZ ARNELL
PLAINTIFF

vs

JACK LIEB ESQ. AND ASSOC.
JUDGE WILLIAM McADAM
(AND OTHERS)

DEFENDANTS

FILED

08 MAR 10 PM 12:48

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0441 J JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

LANTZ ARNELL
1516 GLORIETTA BLVD
CORONADO, CA 92118

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

J. HINKLE

By _____, Deputy Clerk

MARCH 10, 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)