DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California  92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable William McAdam, Judge of the Superior Court of California, County of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ E. ARNELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JACK LIEB ESQ. AND ASSOC., JUDGE W. MCADAM, ET AL.,<br><br>　　　　　Defendants. | Case No.: 08-CV-00441 WQH (JMA)<br><br>DEFENDANT JUDGE MCADAM'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE<br><br>**[No Oral Argument Unless Requested By The Court]**<br><br>Date:　June 16, 2008<br>Time:　11:00 a.m.<br>Crtrm:　4 (4th Floor)<br>Judge:　The Honorable William Q. Hayes |

　　　　Defendant, the Honorable William McAdam, Judge of the Superior Court of California, County of San Diego, and the Superior Court of California, County of San Diego, hereby request notice of the following exhibits (see Fed. R. of Evid. 201; and e.g., *Henson v. CSC Cred. Servs.*, 29 F.3d. 280 (7th Cir. 1994) [District Court properly considered public court documents filed in earlier state court case in deciding defendants' motion to dismiss, since district court may take judicial notice of matters of public record without converting rule 12(b)(6) motion into motion for summary judgment]; *In re Phillips*, 593 F.2d. 356 (8th Cir. 1979) [Bankruptcy judge did not err in taking judicial notice of state court petition against bankrupt in order to determine nature of debt created by resulting default judgment against bankrupt]; *Schweitzer v. Scott*, 469 F.Supp. 1017 (C.D. Cal. 1979)

[court is empowered to take judicial notice of court files and records]). There is "ample authority . . . which recognizes that matters of public record, including court records in related or underlying cases which have a direct relation to the matters at issue, may be looked to when ruling on a 12(b)(6) motion to dismiss." *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach (In re American Continental Corporation/Lincoln S&L Secs. Litig.)*, 102 F.3d 1524, 1537 (9th Cir. 1996), rev'd on other grounds, 523 U.S. 26 [118 S. Ct. 956, 140 L. Ed. 2d 62] (1998).

Exhibit A: Minutes of March 26, 2007 in *People v. Arnell*, California Court Case No. S188356, reflecting Judge McAdam's denial of the petition for writ of coram nobis;

Exhibit B: Guilty Plea on March 3, 2004 in *People v. Lantz Arnell*, California Case No. S188356; and

Exhibit C: Minutes of December 15, 2006 in *Randlett T. Lawrence v. Lantz E. Arnell*, California Court Case No. GIS20077.

Respectfully submitted,

DARLENE A. DORNAN, Court Counsel
Superior Court of California, County of San Diego

DATED:

April 18, 2008

By:__s/ Cheryl L. Brierton__  _____
CHERYL L. BRIERTON, Litigation Attorney
Attorney for Defendant, The Honorable William McAdam, Judge of the Superior Court of California, County of San Diego