1  DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
2  By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 W. Broadway
3  San Diego, California  92101
4  Telephone: (619) 531-3563
Facsimile:  (619) 685-6606
5

6  Attorneys for Defendant, The Honorable William McAdam, Judge of the Superior
        Court of California, County of San Diego
7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| LANTZ E. ARNELL, | ) Case No.: 08-CV-00441 WQH (JMA) |
| | ) |
| Plaintiff, | ) DECLARATION OF CHERYL L. |
| | ) BRIERTON IN SUPPORT OF DEFENDANT |
| | ) JUDGE MCADAM'S REQUEST FOR |
| v. | ) JUDICIAL NOTICE IN SUPPORT OF |
| | ) MOTION TO DISMISS WITH PREJUDICE |
| | ) |
| JACK LIEB ESQ. AND ASSOC., JUDGE | ) **[No Oral Argument Unless Requested By** |
| W. MCADAM, ET AL., | ) **The Court]** |
| | ) |
| | ) Date:    June 16, 2008 |
| Defendants. | ) Time:    11:00 a.m. |
| | ) Crtrm:  4 (4th Floor) |
| | ) Judge:  The Honorable William Q. Hayes |

18

19        1.      I am a licensed attorney employed by the Superior Court of California,

20  County of San Diego.  I am licensed to practice law in the State of California and have

21  also been admitted to practice before the Courts of Appeals for the Ninth and the

22  Federal Circuits, and before the Southern, Central and Eastern Districts of California.  I

23  have personal knowledge of the matters state herein and if called as a witness, I would

24  competently testify thereto.

25        2.      Attached to the Request for Judicial Notice as Exhibit A is a true and

26  correct copy of the Minutes of March 26, 2007 in *People v. Arnell*, California Court

27  Case No. S188356, reflecting Judge McAdam's denial of the petition for writ of coram

28  nobis;

3.       Attached to the Request for Judicial Notice as Exhibit B is a true an correct copy of the Guilty Plea on March 3, 2004, in *People v. Lantz Arnell*, California Case No. S188356; and

4.       Attached to the Request for Judicial Notice as Exhibit C is a true and correct copy of the Minutes of December 15, 2006 in *Randlett T. Lawrence v. Lantz E. Arnell*, California Court Case No. GIS20077.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of April 2008, in San Diego, California.

_____s/ Cheryl L. Brierton_____
CHERYL L. BRIERTON, Litigation Attorney