1 | DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
2 | By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
3 | San Diego, California 92101
4 | Telephone: (619) 531-3036
Facsimile: (619) 685-6606
5 |
6 | Attorneys for Defendant, The Honorable William McAdam, Judge of the Superior Court
7 |       of California, County of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ E. ARNELL, | Case No. 08-CV-00441 WQH (JMA) |
| Plaintiff, | **PROOF OF SERVICE** |
| | [Local Rules 5.3, 5.4(c)] |
| v. | |
| JACK LIEB ESQ. AND ASSOC., JUDGE W. MCADAM, ET AL., | |
| Defendants. | |

    I, PUI TSANG, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 220 W. Broadway, San Diego, California.

    I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

    On April 18, 2008, I served the following document(s): **DEFENDANT JUDGE MCADAM'S NOTICE OF MOTION TO DISMISS WITH PREJUDICE; DEFENDANT JUDGE MCADAM'S MEMORANDUM OF POINTS AND**

**AUTHORITIES IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE; DEFENDANT JUDGE MCADAM'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE; DECLARATION OF CHERYL L. BRIERTON IN SUPPORT OF DEFENDANT JUDGE MCADAM'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE; EXHIBITS TABLE OF CONTENTS & EXHIBITS A-C** by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**Lantz Arnell**
PO Box 181583
Coronado, CA 92178

I then sealed each envelope and deposited said envelope(s) in the U.S. Postal Pick up box, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 18, 2008

_____
PUI TSANG