```
                    EXPRESS PROCESS SERVICE
                 110 WEST "C" STREET, SUITE 713
                       SAN DIEGO, CA 92101
               (619) 232-4800  Fax: (619) 232-6339
```

```
-------------------------------------------------------------------
0800529   <-- Refer to this Number for Inquiry or Payment    DATE: 04/01/08
-------------------------------------------------------------------

     LANTZ ARNELL                              TELEPHONE: (619) 435-4064
     P.O. BOX 181583                           ATTENTION: ARNELL
     CORONADO, CA. 92178                       YOUR FILE #: MCADAM


-------------------------------------------------------------------
                         CASE INFORMATION
-------------------------------------------------------------------
      SERVICE ON:  WILLIAM MCADAM, JUDGE
     CASE NUMBER:  08 CV 0441 J JMA
      CASE TITLE:  ARNELL v LIEB
       DOCUMENTS:  SUMMONS & COMPLAINT
-------------------------------------------------------------------
                        SERVICE INFORMATION
-------------------------------------------------------------------
DATE & TIME OF SERVICE:  Tuesday, APRIL 1, 2008 at 11:25 AM
   DOCUMENTS SERVED AT:  500 3RD AVE., DEPT.8
                         CHULA VISTA, CA. 91910
      MANNER OF SERVICE: PERSONAL SERVICE
                 SERVER: AL GOTTLIEB
                 REPORT: PERYOUR REQUEST SUBJECT WAS SERVED PERSONALLY.
```

Stamp: FILED 2008 APR 21 PM 2:54 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

```
-------------------------------------------------------------------
                                                         CHARGES
-------------------------------------------------------------------
                                       PROCESS/ATTEMPTS   180.00
                                                  TOTAL   180.00
                                                CREDITS   180.00
                                         BALANCE DUE -->    0.00
```

```
             THANK YOU FOR USING EXPRESS PROCESS SERVICE
```

In accepting the attached proof of service you agree to the following terms: Payment is due upon receipt. Accounts 30 days or more past due are subject to a service charge of 1.5% per month or $5.00 min. charge, whichever is greater.

*1st Attempt*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LANTZ ARNELL
PLAINTIFF

vs

JACK LIEB ESQ AND ASSOC.
JUDGE WILLIAM McADAM
(AND OTHERS)

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0441 J JMA

TO: (Name and Address of Defendant)

        JUDGE WILLIAM McADAM
        SOUTH BAY COURT HOUSE
        DEPARTMENT 8
        500 3rd Ave.
        Chula Vista, CA 91910

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

LANTZ ARNELL
1516 GLORIETTA BLVD
CORONADO, CA 92118

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

MARCH 10, 2008
DATE

By _____ Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT:14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE APRIL 01, 2008 |
| NAME OF SERVER AL GOTTLIEB | TITLE PROCESS SERVER, Reg. #1355 SAN DIEGO COUNTY |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 500 3rd ave., Dept. 8 Chula Vista, CA 91910

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $130.00 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: APRIL 01, 2008
         Date

Signature of Server   Al Gottlieb

Address of Server   110 West "C" St., #713
                    San Diego, CA 92101

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

1  LANTZ ARNELL, MD
2  P.O. BOX 181583 Coronado, CA 92178
3  Tel. (619) 435-4064



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0441 J JMA

| LANTZ ARNELL, MD | Civil Complaint |
|---|---|
|  | Demand for Jury Trial |
| Plaintiff |  |
| vs. |  |
| JACK LIEB ESQ. & Ass. |  |
| Judge William McAdam |  |
| (and others) |  |
| Defendants |  |

PURSUANT to U.S.C. 18 § 1964, 18 § 2333(a) and any other federal law that may be applicable, the plaintiff files this timely complaint against the above named

1

defendants. This suit is not to be construed as a complaint against the state of California. The state of California has been victimized by the defendants and is not responsible for their actions. Plaintiff does not hold the State of California liable for the actions of the defendants and is not named in this suit.

1. The Plaintiff is a businessman engaged in interstate commerce from his home office in San Diego County for over 20 years. Plaintiff is an Eye surgeon, past President of the San Diego Chapter of the National Medical Association and has been a consultant for the FBI.

2. The Plaintiff is informed, believes and upon that information alleges Jack Lieb & Associates (herein after Lieb) includes Jack Lieb, and R. Fahey, lawyers practicing in San Diego County.

3. Judge William McAdam (herein after McAdam) is and was at the time specified herein, a San Diego County Superior Court Judge.

4. The Plaintiff is currently unaware of the proper identity, specific factual involvement, or cooperation with or relation to other named defendants designated as "and others". Consequently, Plaintiff sues these defendants by such fictitious names and herein reserves

the right to amend this complaint when the true names capacities, actions and other pertinent facts become available.

5.     FIRST CAUSE OF ACTION: RACKETEERING

The plaintiff is informed and based on that information believes and there upon alleges that the defendants are central figures in a continuing criminal enterprise(herein after CCE) which has been attempting to harm the Plaintiff for his property and his business for several years.  Activities of he CCE include but are not limited to the following:

    a.  Murder
    b.  Murder for hire
    c.  Arson
    d.  Identity theft
    f.  Computer hacking
    g.  wire fraud
    h.  white slavery
    I.  Kidnaping
    j.  Staged Traffic Accidents
    k.  jury tampering
    l.  election fraud and intimidation at polling places.
    m.  corruption of public officials
    n.  financing of street gangs.
    o.  Insurance fraud
    p.  perpetuation of religious intolerance.

1    The CCE is described with particularity on page 10 infra. Working for the CCE, Lieb and McAdam have engaged in a pattern of racketeering previously unknown in the United States. The San Diego County Superior Court is an institution that effects interstate commerce. Lieb and McAdam, as officials of that court have successfully used that institution for racketeering activities in violation of U.S.C. 18 § 1962. They use actors, make-up artists, identity theft, staged auto accidents, violence, the threat of violence and murder on an unprecedented scale.

A.   A complaint alleging that McAdam is involved in corruption and racketeering was filed in federal court in 2007. The federal court ruled that McAdam failed to answer the complaint. The plaintiff is informed, therefore believes and now alleges that McAdam used funds derived from the illicit activities of the CCE to arrange a staged auto accident in the State of Illinois to block the earlier complaint by targeting the plaintiff's mother.

B.   The Plaintiff is informed and there upon alleges that Lieb and McAdam have engaged in staged auto accidents, insurance fraud, bribery, internet hacking, money laundering, identity theft, supplying persons with false identification for sworn testimony in superior court proceedings and depositions and other predicate crimes in violation of U.S.C. 18 § 1962 and U.S.C. 18 § 2332b. With money obtained from the

1  illegal activities of the CCE Lieb paid an associate to
2  represent him in a case where the insurance fraud
3  failed.  The associate paid a group of people in the
4  CCE to try to intimidate the defendant in that case to
5  prevent him from showing up in court by the following:
6          a.   McAdam was paid with illicit funds to
7  protect Lieb by denying a writ of Coram nobis under
8  color of right relating to that case,
9          b.   McAdam uses his influence to encourage the
10 Judge and clerks in that case to give Lieb favorable
11 rulings, with-hold documents, rearrange information in
12 the file and block access to the appellate court.
13         c.   Lieb used guards with guns, and people who
14 appeared to be criminals to approach and stare at the
15 plaintiff in order to intimidate him so he would have
16 reason to fear for his safety in the court house and in
17 the court room.
18     C.   There have been three attempts to either kill
19 or maim the plaintiff by members of the CCE.  Lieb was
20 involved in planing two of these attacks.  The
21 plaintiff is informed, believes and thereupon alleges
22 Lieb and McAdam have used illicit funds from the
23 illegal activities of the CCE to arrange for
24 assassination attempts and are accessories to multiple
25 counts of fraud, and attempted murder.
26
27 6.  SECOND CAUSE OF ACTION: AIDING AND ABETTING
28     A.   On or about September 26, 2004, the plaintiff

5

1 was minding his own law-full business in his own
2 driveway when a man carrying the identification of
3 Randlett T. Lawrence, (herein after Lawrence) walked
4 silently up the driveway, armed himself with a 7.4
5 pound, 4.5 foot sword, (herein after the weapon) and,
6 without provocation, stabbed the plaintiff in the
7 chest, abdomen and arms.  Lawrence walked to the
8 sidewalk and waited for the plaintiff to die.
9   B.   Plaintiff filed charges against Lawrence.
10 Lawrence filed a complaint against the plaintiff (the
11 After Action Report) admitting conspiracy,
12 premeditation, malice aforethought, stalking, criminal
13 trespass and assault with a deadly weapon.  Someone
14 high in the District Attorney's office dropped the
15 charges against Lawrence and aggressively pursued
16 charges against the plaintiff.
17   C.   Judge Kerry Wells arraigned the plaintiff on
18 assault charges and later, after exparte communication
19 with the District Attorney's office, and with no
20 warning to the plaintiff, charged plaintiff with an
21 additional crime that did not apply while he was
22 without counsel.  Plaintiff is informed, there upon
23 believes and upon this belief alleges that Judge Wells
24 knew Lawrence, his accomplis, and co-conspirators.
25   D.   The conspirators, all members of the CCE, paid
26 Lieb to sue the Plaintiff in civil court for injuries
27 Lawrence did not receive.  Lieb knowingly and willingly
28 became an accessory after the fact to the attempted

1  murder and turned the suit into an insurance fraud.
2  When this failed, Lieb used money derived from the
3  illegal activities of the CCE to bribe the plaintiff's
4  attorneys to help him win a default judgement.
5      E.  Lieb paid an associate to protect him and
6  Lawrence in the civil suit.  The CCE brought in
7  McAdam to protect Lieb and Lawrence under color of
8  right using funds from other racketeering activities in
9  violation of U.S.C. 18 § 1962.

11 6.  THIRD CAUSE OF ACTION: OBSTRUCTION OF JUSTICE
12     A.  Lieb and McAdam know the plaintiff is innocent.
13 They also know that Lawrence is guilty of attempted
14 murder and they work in concert to obstruct justice
15 both inside and outside the court.  McAdam covers up
16 prosecutorial misconduct and wire fraud.  Lieb pays a
17 legion of criminals to perform illegal wire taps, home
18 invasions, robberies, staged auto accidents, identity
19 theft, internet hacking, con artists for manipulation
20 and intimidation of witnesses and "buzz marketing" to
21 protect McAdam and other judges.
22     B.  The Plaintiff is informed, thereupon believes,
23 and consequently alleges that internet hacking and
24 supplying false identification to further the
25 objectives of the CCE transcends international
26 boundaries in violation of U.S.C. 18 § 2332b.

28 7.            FOURTH CAUSE OF ACTION: FRAUD

1     A.   Lieb paid an actress and make-up artist to
2 pretend she was Elizabeth Rosenthal, Lawrence's
3 accomplis, and this actress testified in open court
4 pretending to be Elizabeth Rosenthal.
5     B.   There is no documented proof that Lawrence was
6 injured at the hands of the plaintiff and considerable
7 documentation that Lawrence committed perjury regarding
8 his injuries during the prove-up and in deposition.
9 Lieb commits fraud upon the court while McAdam protects
10 him in violation of U.S.C. 18 § 1962.
11     C.   The plaintiff is informed, therefore believes
12 and upon that belief alleges that Lawrence is a
13 fictitious name on a fictitious drivers license.  Lieb
14 brought the lawsuit as an insurance fraud.  Lawrence's
15 true identity is unknown.  Lieb is using the fake
16 identification to attack plaintiff's business and
17 property knowing that the injury he has caused the
18 plaintiff's property and his business in Lawrence's
19 name will be almost impossible to repair when Lawrence
20 assumes another identity.
21
22 8.  Because of the illegal actions of Lieb and McAdam,
23 the plaintiff has been harmed in his person, business
24 and property.
25     A.   The brand name has been injured.
26     B.   To stay in business, clients and suppliers must
27 be protected from organized crime.  The only way to
28 protect them is to make sure they are unknown.  This

requires a lack of communication.  No business can survive without communication with business associates.  The illegal wire taps, rerouted and blocked telephone calls, mail fraud and the legion of con artists the CCE, including Lieb and McAdam, has paid to harass the plaintiff make the pursuit of normal business activity impossible.

    C.  The sole operator of an interstate business has been placed in fear for his life and the lives of his family and friends.

    D.  Potential business associates are harassed when they walk up the driveway by people placed around the house by Lieb.

    E.  With McAdam's help, Lieb has placed a lien on the plaintiff's property.

    F.  The fraud has cost the business over $100,000.00. for legal expenses.

9.   <u>Request for Relief</u>

    Plaintiff prays for the following relief:

    A.  All Criminal charges and convictions against plaintiff be dismissed.

    B.  The Civil case against plaintiff be dismissed with prejudice.

    C.  McAdam and Lieb to pay legal expenses of plaintiff as individuals without help from the State of California.

    D.  Punitive damages as the Court allows paid by

1 defendants.
2     E.   Release of lien and any other encumbrance on
3 Plaintiff's property
4     F.   Full Federal investigation of the CCE.
5     G.   Investigation into the death of Abigail Dickson
6 and disappearance of key witnesses.
7     H.   All documents, databases, police files both
8 state and federal to show that plaintiff was falsely
9 accused and maliciously prosecuted.
10
11
12 10.          <u>Description of the CCE</u>
13     A.   Organization
14         a.   The CCE is structured to appear like a
15 political action committee (herein after, PAC).  In
16 Democratic counties it is a Democratic PAC.  In
17 Republican counties it is Republican.  Donations are
18 solicited from the party faithful and backing for
19 state, local and federal offices is given to
20 candidates.  The surface appears legal.
21         b.   The CCE requires everyone to perform a
22 task.  McAdam was told to block a petition for Coram
23 Nobis where the plaintiff had evidence of attempted
24 murder.  McAdam did as he was told, knowingly and
25 willingly becoming an accessory to the attempted
26 murder.  The CCE holds this over McAdam's head, forcing
27 him to commit more illegal acts from the bench.
28

  c. CCE candidates run unopposed for reelection.

  d. Anyone or entity involved in illegal activity pays the CCE.  Murder and maiming is their specialty.  The preferred method is the staged auto accident.  Fake witnesses, wire fraud using 911 calls, preselected police to be "first on the scene" for police reports and to manage the crime scene, and protection from Lieb and McAdam.

  e. With McAdam and Lieb, no CCE murderer goes to trial or even gets charged with a crime.

  f. The CCE hires physicians to make the wrong diagnosis so that victims can be killed in the hospital or at home.  The wrong medication combined with coffee laced with cocaine gives the illusion of a stroke.  No one does toxicology and the patient dies of "Natural Causes".

B. Financing:

  a. The CCE receives money from legal activities that is used for advertising.  Advertising dollars are used to buy editorial opinion or omissions in mass media.

  b. Illegal funds are separated.  Illicit cash is used to refinance illegal operations.  Illegal income becomes an underground economy and dollars become fungible.  Bribes take the form of sexual favors, vacations, early parole, vehicle leases, mortgage refinancing and almost anything required to

1 secure profits and protection for the CCE.

     c.   Anyone who doesn't go along disappears.

     d.   None of the money gained from illegal activities goes back into the economy. Consequently, it is virtually invisible to the IRS.

B. History

    1. This CCE surfaced in 1969 with the creation and financing of a Chicago street gang called the Black Stone Rangers. The CCE used paramilitary style marching and clothing to give the illusion that it was CIA financed and protected. The CCE cloaked itself in corporate appearance but it is not a corporate entity.

    2. The CCE supplied the gang with guns, drugs and protection from the police. Profits from drug sales were used to participate in the election process. CCE politicians further insulate the CCE from investigation.

    3. To avoid detection and frustrate investigators, the CCE changed the name of the gang often.

    4. An early revenue stream for the CCE involved the disruption of communities. Gang activity brought property values down and panic selling. The CCE was able to acquire a luxury hotel from which the gang ran gambling, drugs and prostitution. The hotel was near a Jewish community. The gangs targeted this community using anti-Semitic remarks and threats of

1 | violence.  Hundreds of families were displaced.  The
2 | CCE purchased their property under fictitious names for
3 | less than market, pulled the gangs out and sold at over
4 | market prices.

5 |         5.  Arrests and prosecution of gang members put
6 | gang leaders in prisons.  The prison population is much
7 | easier to segregate and gangs proliferate inside
8 | prison.  Drug sales inside prison and the revolving
9 | door of parole allows gang leaders inside to control
10 | criminal activities on the street.

12 |     C.  The pattern of racketeering activity includes
13 | but is not limited to Conspiracy to commit murder,
14 | attempted murder, aiding and abetting, bribery,
15 | obstruction of justice, identity theft, fraud, computer
16 | hacking, wire fraud, and intimidation of witnesses.

18 |     D.  As central figures in this CCE, Lieb and Mcadam
19 | pose a threat to the judiciary of the state of
20 | California and a clear and present danger to the
21 | security of The United States of America.

23 | The foregoing is true to the best of my knowledge.

25 | Date: March 10, 2008              Signed _____
26 |                                   Lantz Arnell, MD