MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case: Arnell v. Lieb                                                     Case No: 08cv0441-LAB (RBB)

HON. Larry A. Burns                    CT. DEPUTY                    Rptr.

Present

Plaintiff(s):      No appearance.

Defendant(s):   No appearance.

    Currently on calendar for Monday, June 16, 2008 at 11:00 a.m. in Courtroom 4 before U.S. District Judge William Hayes is a hearing on Defendant McAdam's motion to dismiss.  On April 18, 2008, this case was transferred to U.S. District Judge Larry Burns.  Therefore, the hearing on the motion to dismiss will be held in Courtroom 9 rather than Courtroom 4, and will be scheduled for 11:15 a.m. rather than 11:00 a.m.  In all other respects, the hearing on this motion remains unchanged.  Defendant McAdam will not be required to re-notice this motion.

DATED: April 29, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge