1 **LANTZ ARNELL, MD**
2 **P.O. BOX 181583 Coronado, CA 92178**
3 **Tel. (619) 435-4064**

FILED

08 MAY 16 PM 4:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANTZ ARNELL, MD** | Case # '08 - CV- 00441 |
| | **Reply** |
| | **Regarding Judge McAdam's** |
| vs. | **Notice of Related Case** |
| **Judge W. McAdam** | |
| **Respondent** | |
| | Date:     to be set by clerk |
| | Time: |
| | Room: |
| | Judge |

PURSUANT to Rule 11: "Every pleading, motion or other paper...(shall not be) presented for any improper purpose...such as to harass or to cause unnecessary

1

delay or needless increase in the cost of litigation; (and) the allegations and other factual contentions have evidentiary support..." "Major purposes of 1983 amendment to rule 11 were deterrence of dilatory or abusive pretrial tactics..." [*Golden Eagle Distributing Corp. v. Burroughs Corp., C.A.* 9 (Cal.) 1986, 801F.2d 1531, dissent from denial of En Banc hearing 809 F. 2d. 584]

    A. Judge McAdam's Notice, (herein after notice), purports to notify the court of a related case. The Court was already notified in the complaint.

    B. Notice makes statements without evidentiary support unrelated to the "notification". Page 2, line 14 The run-on sentence contains a series of false and unsubstantiated claims:

    1. "...Plaintiff filed a 177 page complaint..." The complaint was 18 pages including points and authorities. There were 150 pages of exhibits to be introduced as evidence against Judge McAdam, (herein after defendant).

    2. "...based on plaintiff's dissatisfaction with denial of a writ..." The complaint was based on evidence showing defendant was corrupt.

    3. "...Initially arising from a neighborhood altercation..." The incident referred to involves Randlett T. Lawrence. At the time of the incident, Lawrence lived near Point Loma. At no time does he state that he was a resident of Coronado or a neighbor. The incident involves an admission that Lawrence drove from another city, walked on the plaintiff's driveway and assaulted the plaintiff with a deadly weapon without saying a word. That does not constitute an altercation.

    4. Page 3, line 20 " The allegations in the instant case arise from the same neighborhood altercation." This is false. The allegations in the current case refer to events that have transpired over 40 years. Most of the "events" involving Judge McAdam in the "instant case" occurred after the previous case was filed. The allegations are of a much more serious nature in the current case than the previous case. Defendant wants to argue the previous case rather than answer the complaint on the current case.

5. Page 5, line 3: "...Defendant...prays that the instant action be assigned to Judge Burns..." Purported notice is really a motion in disguise. The defendant is judge shopping. Judge Burns bias against the plaintiff is well documented: (Judge Burns' order of 7/23/07 page 4, line 22: "Plaintiff claims he is a medical doctor." Plaintiff is "feigning concern..." When he refused to be recused, Judge Burns wrote that plaintiff's observations regarding the pervasive nature of corruption as "...unthinkable." JUDGE BURNS ATTACKED THE VERACITY OF A PLAINTIFF HE NEVER MET and criticized the substance of the complaint in the case he was yet to hear.)

6. Page 5, line 6: (the selection of Judge Burns would) "forestall plaintiff's judge shopping." Defendant wants to deny plaintiff access to tools designed to ensure the impartiality of the judiciary in a case where it wasn't apparent he needed to use them.

C. The notice was filed for an improper purpose.
1. Judge shopping
2. Avoid the meet and confer obligation. See Letter from defendant's counsel (Exhibit 1).
D. Unnecessary delay
1. Attempting to re-litigate a case already dismissed
2. Forcing plaintiff to answer this frivolous document
3. Wasting the Court's time dealing with the question of Judge Burns' Impartiality.
4. Avoiding responsibility to move the current case forward with this diversion.

## CONCLUSION

Defendant has been in organized crime so long that he doesn't expect or want a fair hearing on the merits of this case. He expects to choose his own judge, delay, misstate the facts and rig the court to have the case dismissed without

ever answering the complaint. These are the machinations that make organized crime so difficult to stop.

The foregoing is true to the best of my knowledge.

5/15/08                                          Lantz Arhell, MD

# EXHIBIT 1



# Superior Court of California
## County of San Diego

CENTRAL COURTHOUSE
220 W. BROADWAY
PO BOX 120128
SAN DIEGO CA 92112-0128

May 14, 2008

Lantz Arnell, MD
1516 Glorietta Blvd
Coronado, CA 92118

    Ref: *Arnell v. Jack Lieb Esq. et al.* (So Dist. Cal.) 08-cv-00441-LAB-RBB

Dear Mr. Arnell:

    I received your letter dated April 21, 2008, in which you expressed your desire to meet with me or with Court Counsel Darlene Dornan. Neither Ms. Dornan nor I are available to meet with you concerning this case.

    As you know, Defendant Judge William McAdam's motion to dismiss with prejudice is set for hearing at 11:15 a.m. on June 16, 2008, before the Honorable Larry A. Burns, District Court Judge. Since Judge Burns will likely grant this motion, a meeting would serve no productive purpose.

    As I mentioned to you in our telephone conversation, you are free to call me if you wish to notify me of a dismissal filed on your own, or similar appropriate resolution of this case.

                                  Sincerely,

                                  Cheryl L. Brierton
                                  Litigation Attorney

cc: All parties

1-57

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LANTZ ARNELL<br>1516 GLORIETTA BLVD<br>CORONADO, CA 92118<br><br>TELEPHONE NO.: (619) 435-4064<br>E-MAIL ADDRESS (Optional):<br>FAX NO. (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 220 W. BROADWAY ATTN: CHERYL BRIERTON
MAILING ADDRESS: PO BOX 120128
CITY AND ZIP CODE: SAN DIEGO, CA 92112-0128
BRANCH NAME: CENTRAL COURT HOUSE

PETITIONER/PLAINTIFF: LANTZ ARNELL, MD

RESPONDENT/DEFENDANT: JUDGE WILLIAM McADAM ET AL

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>08-CV-00441 |
|---|---|

(Do not use this Proof of Service to show service of a Summons and Complaint.)

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 416 B. AVE. CORONADO, CA 92118

3. On (date): 5/16/08    I mailed from (city and state): CORONADO, CA.
   the following **documents** (specify): PLAINTIFF'S REPLY REGARDING JUDGE McADAMS' NOTICE OF RELATED CASE

   ☐ The documents are listed in the Attachment to Proof of Service by First-Class Mail—Civil (Documents Served) (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):
   a. ☒ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: CHERYL BRIERTON
   b. **Address** of person served: PO BOX 120128
      SAN DIEGO, CA 92112-0128
      CENTRAL COURT HOUSE

   ☐ The name and address of each person to whom I mailed the documents is listed in the Attachment to Proof of Service by First-Class Mail—Civil (Persons Served) (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/16/08

MAGNOLIA SANTAMARIA
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _(signature)_
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
(Proof of Service)

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov