**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

<u>Case</u>: Arnell v. Lieb                                          <u>Case No</u>: 08cv0441-LAB (RBB)

<u>HON.</u> Larry A. Burns            <u>CT. DEPUTY</u>            Rptr.

<u>Present</u>

<u>Plaintiff(s)</u>:      No appearance.

<u>Defendant(s)</u>:   No appearance.

    Currently on calendar for Monday, June 16, 2008 at 11:15 a.m. is a hearing on Defendant McAdam's motion to dismiss. Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this matter suitable for decision without oral argument. Accordingly, the hearing on this motion is taken off calendar and this matter is taken under submission. No appearances will be required in this matter on Monday, June 16, 2008.

DATED: June 10, 2008                                          INITIALS: <u>MDM</u> Law Clerk