# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED 08 JUN -10 PM 2:21

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Burns
FROM: K.Hammerly,      Deputy Clerk          RECEIVED DATE:  6/9/2008
CASE NO.: 08cv441             DOCUMENT FILED BY:  Plaintiff Arnell
CASE TITLE: Arnell v. McAdam
DOCUMENT ENTITLED: Notice of Plaintiff's Declaration in Opposition to Motion to Dismiss

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☒ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

*Hearing on this motion is set for June 16, 2008. Under Civil Local Rule 7.1(e)(2), opposition may be filed no later than June 2, 2008. (Opposition already on file as docket item #14.)*

*The submitted pleading consists of additional briefing, and is not a declaration.*

Date forwarded:  6/9/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS**
~~U.S. DISTRICT JUDGE~~

Dated: 6-10-08       By: /s/ Larry A. Burns

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

REJECTED

1 | LANTZ ARNELL, MD
2 | P.O. BOX 181583 Coronado, CA 92178
3 | Tel. (619) 435-4064

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| LANTZ ARNELL, MD | Case # '08 - CV- 00441 · LAB |
|---|---|
| vs. | Notice of Plaintiff's Responsive Declaration in Opposition to Judge McAdam's Motion to Dismiss. |
| Judge W. McAdam Respondent | |

Date:  June 16, 2008
Time:  11:15 a.m.
Room:  9
Judge:  Honorable William Burns

To Ms. Cheryl L Brierton, attorney for Judge William McAdam (herein after (defendant): PLEASE TAKE NOTICE that on June 16, 2008 at 11:15 a.m., in courtroom 9 on the 4th floor of the United States District Court for the Southern

1