1  LANTZ ARNELL, MD
2  1516 Glorietta Blvd., Coronado, CA 92118
3  Tel. (619) 435-4064

FILED
08 JUN 19 PM 3:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL   DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ ARNELL, MD  *Plaintiff*  vs.  Jack Lieb Esq. & Assoc. Judge W. McAdam and others  **Respondents** | Case # '08 - CV- 00441 LAB  NOTICE of Plaintiff's Address Change |

Hence forward plaintiff's address for legal purposes is 1516 Glorietta Blvd. Coronado CA 92118. The post office box will not be used for this case.

6/19/08

_____
Lantz Arnell, MD

1

APP-003

| CASE NAME: Lawrence v. Arnell | CASE NUMBER: 08-CV-00441 |
|---|---|

## PROOF OF SERVICE
☒ Mail  ☐ Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is (specify): 416 B Avenue, Coronado, CA

3. I mailed or personally delivered a copy of the Notice _____ (Unlimited Civil Case) as follows (complete either a or b):

   a. ☒ Mail. I am a resident of or employed in the county where the mailing occurred:

   (1) I enclosed a copy in an envelope and

   (a) ☒ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (b) ☐ placed the envelope for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   (2) The envelope was addressed and mailed as follows:

   (a) Name of person served:
   (b) Address on envelope:
   Cheryl L. Brierton, Litigation Att.
   220 West Broadway
   San Diego, CA 92101

   (c) Date of mailing: 6-19-08
   (d) Place of mailing (city and state):

   b. ☐ Personal delivery. I personally delivered a copy as follows:

   (1) Name of person served:
   (2) Address where delivered:

   (3) Date delivered:
   (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-19-08

MAgnolia Santamaria
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF DECLARANT)

APP-003 [Rev. January 1, 2007]   **NOTICE DESIGNATING RECORD ON APPEAL (UNLIMITED CIVIL CASE)**   Page 4 of 4
(Appellate)