# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
08 JUL 15 PM 4:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

*Space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Burns

FROM: K. Hammerly, Deputy Clerk     RECEIVED DATE: 7/3/2008

CASE NO.: 08cv441     DOCUMENT FILED BY: Plaintiff Arnell

CASE TITLE: Arnell v. Lieb, et al

DOCUMENT ENTITLED: Notice of Plaintff's request for Court Order

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Corrected Notice filed as Ex Parte Application |

Date forwarded: 7/7/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: RBB

Dated: 7/14/2008     By: _____

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

1  LANTZ ARNELL, MD
2  1516 Glorietta Blvd., Coronado, CA 92118
3  Tel. (619) 435-4064
4
5
6
7
8
9  # United States District Court
10  SOUTHERN DISTRICT OF CALIFORNIA
11
12  LANTZ ARNELL, MD                           Case # '08 - CV- 00441 LAB
13                                             NOTICE of Plaintiff's request for
14                                             Court Order for Bank's
15                                             Surveillance records and request
16          vs.                                Enlargement of time to serve Jack
17                                             Lieb.
18  Jack Lieb Esq. & Assoc.
19  Judge W. McAdam and
20  others.
21          Respondents
22  _____
23
24  NOTICE is hereby given to Cheryl Brierton, Attorney for Judge William McAdam,
25  that plaintiff will ask Court for a Court Order to obtain Bank Surveillance
26  information and enlargement of time to serve defendant Jack Lieb, Esq.
27
28

1