UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ ARNELL,<br><br>            Plaintiff,<br><br>v.<br><br>JACK LIEB ESQ. & ASSOC.; JUDGE WILLIAM MCADAM,<br><br>            Defendants. | Civil No. 08cv0441-LAB (RBB)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR COURT ORDER FOR BANK'S SURVEILLANCE RECORDS [DOC. NO. 21]** |

   Plaintiff Lantz Arnell has submitted a Request for Court Order for Bank's Surveillance Records and Request for Enlargement of Time to Serve Jack Lieb [doc. no. 21], which was filed <u>nunc pro tunc</u> to July 7, 2008.  Plaintiff alleges he has not be able to locate Defendant Jack Lieb for purposes of service of process.  (Req. 2.) Arnell claims that a man purporting to be Jack Lieb, but who is not actually the Defendant, met Plaintiff at a Washington Mutual Bank on March 19, 2008, to accept service.  (<u>Id.</u>)  The man's image was allegedly recorded by the bank's video surveillance cameras.  (<u>Id.</u>) Arnell is asking the Court to order the bank to release the video surveillance tape to Plaintiff.  (<u>Id.</u>)  Although not entirely

clear, it appears that Arnell wishes to make a copy of the tape to provide to the FBI so that the FBI can initiate an investigation into the man who is allegedly posing as Jack Lieb. (Id. at 2-3.)

The Federal Rules of Civil Procedure provide that a party is entitled to obtain discovery regarding any matter that is relevant to the claim or defense of any party. Fed. R. Civ. P. 26(b)(1). The bank surveillance tapes Plaintiff is seeking are not relevant to the present case. Arnell's stated reason for obtaining the tapes is to provide them to the FBI so the Bureau can initiate an investigation. This is not a proper purpose for discovery. Furthermore, there is no reason to believe that viewing the surveillance tapes of the alleged imposter will assist Plaintiff in serving his Complaint on the real Jack Lieb. Accordingly, Plaintiff's Request for Court Order for Bank's Surveillance Records is **DENIED**. Arnell's request for an extension of time to serve Defendant Lieb will be addressed in a separately-filed order.

**IT IS SO ORDERED.**

DATED: July 17, 2008

Ruben B. Brooks
United States Magistrate Judge

cc: Judge Burns
     All Parties of Record