UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 JUL 31 PM 3:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFOR..
BY: BROOKS DEPU

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☒ U. S. MAGISTRATE JUDGE ~~Larry A. Burns~~ Brooks
FROM: E. Lloyd,   Deputy Clerk        RECEIVED DATE: 7/25/08
CASE NO.: 08cv441-LAB (RBB)   DOCUMENT FILED BY: Lantz Arnell
CASE TITLE: Arnell v. Jack Lieb Esq. And Ass. Et al
DOCUMENT ENTITLED: Notice of Motion for Reconsideration of Denial of Request

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: missing signature on Notice of Motion |

Date forwarded: 7/25/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: RBB
Dated: 7/31/2008    By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Lantz Arnell
1516 Glorietta Blvd.
Coronado, CA 92118
(619) 435-4064

REJECTED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ E. ARNELL<br>　　Plaintiff<br><br>v.<br><br>JACK LIEB, ESQ., AND ASSOC.,<br>JUDGE W. MCADAM, ET AL.<br>　　Defendants | Case No. 08-cv-00441(LAB)<br><br>NOTICE of Motion for<br>Reconsideration of Denial of<br>Plaintiff's request for Court Order<br>For Surveillance Video<br><br>Oral Argument Requested |

　　To CHERYL BRIERTON, attorney for the Honorable Judge William McAdam.

　　PLEASE TAKE NOTICE that pursuant to FRCP Rule 60b., plaintiff will move this court to reconsider the recent denial of a court order for bank surveillance video because of a manifest showing of a failure to consider the

1