1  Lantz Arnell

**NUNC PRO TUNC**

FILED

2  1516 Glorietta Blvd.

JUL 2 8 2008

**08 JUL 31 PM 3: 27**

3  Coronado, CA 92118

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

4  (619) 435-4064

**BY:** JMD          **DEPUTY**

5

6

7        **UNITED STATES DISTRICT COURT**

8        **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  LANTZ E. ARNELL                    Case No. 08-cv-00441(LAB)

11          Plaintiff

12                                      NOTICE of Motion for

13                                      Reconsideration of Denial of

14  v.                                  Plaintiff's request for Court Order

15                                      For Surveillance Video.

16                                      **Oral Argument Requested**

17  JACK LIEB, ESQ., AND ASSOC.,

18  JUDGE W. MCADAM, ET AL.              Date:      Sept. 8, 2008

19          Defendants                  Time:      10:00 AM

20                                      Court Rm.  B (1st floor)

21                                      Judge:     Honorable Ruben B.

22                                                 Brooks

23        To CHERYL BRIERTON, attorney for Judge William McAdam.

24        PLEASE TAKE NOTICE that pursuant to FRCP Rule 60b., plaintiff will

25  move this court to reconsider the recent denial of a court order for bank

26  surveillance video because of a manifest showing of a failure to consider the

27

28                                      1

1  material facts.

2  I. The ruling states that the surveillance video is not relevant to the plaintiff's

3       claim.

4       A. Plaintiff's first Cause of Action is that Jack Lieb and others are engaged in

5           a pattern of racketeering which includes identity theft. (P.3, section 5 d of

6           the complaint). The fourth cause of action is fraud, (p. 8, 1st paragraph A)

7           where we claim that Lieb paid at least one person to pretend to be someone

8           else.

9           1. The surveillance video requested by plaintiff will provide independent

10               evidence showing the following:

11                   a. Identity theft and fraudulent behavior.

12                   b. The identity theft and fraud referred to in the complaint is ongoing.

13                   c. This pattern of criminal activity is associated with the individual

14                       named in the complaint.

15           2. The court order for the evidence requested is entirely consistent with

16               FRCP 26 (b) (1).

17

18  II. The ruling states that it would be improper for plaintiff to give the evidence to

19       the FBI.

20       A. The Congressional Intent of the Racketeering codes which give citizens the

21           right of private action is stated in the <u>Congressional Statement of Findings</u>

22           <u>and Purpose:</u> "It is the purpose of the Act to seek the eradication of

23           organized crime in the United States by strengthening the legal tools in the

24           evidence gathering process..."

25       B. If the court believes the argument in A above is not persuasive, plaintiff will

26           not give the evidence to the FBI.

27

28                                             2