### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

ARNELL v. JACK LIEB, ESQ. & ASSOC.                Case No. 08cv0441 LAB(RBB)
                                                  **Time Spent:**

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
         Plaintiffs                           Defendants

Lantz Arnell                             Cheryl Brierton


PROCEEDINGS:      ____  In Chambers      ____  In Court      ____  Telephonic


Plaintiff has filed a Motion For Reconsideration of Denial of Plaintiff's Request For Court Order For Surveillance Video [doc. no. 25]. Upon a preliminary review of the Motion, the Court finds that the Motion is suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the hearing set for September 8, 2008, at 10:00 a.m. is vacated. Any opposition to the Motion shall be filed by August 8, 2008. If an opposition is filed, Plaintiff may file a reply by August 15, 2008. The Motion will be submitted at that time.


DATE: August 1, 2008          IT IS SO ORDERED:    *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Burns                          INITIALS: VL (mg/irc) Deputy
     All Parties of Record