# EXHIBIT 1

Plaintiff's Affidavit in support of Plaintiff's Opposition to Court Order denying enhancement of time to serve defendant and Order to show Cause RE: dismissal

I've had a cordial relationship with Jack lieb since 2005. We have talked in person and on the telephone countless times. Jack Lieb disappeared shortly after I filed racketeering charges against Judge McAdam in 2007. From that time to the present, I've sent 5 different process servers to serve him on his person at his office at different times of the day and at the Chula Vista Court house. They couldn't find him. There is a document circulated by a court reporter stating that he made a court appearance May 15th, 2007. There are people who will testify he wasn't there and the Court reporter is mistaken. The FBI says there's no "missing persons" report on him and I still get telephone calls from his office by someone claiming to be him. Every time I call it's the same voice pretending to be Lieb. He has created an elaborate hoax to evade service.

I was in Washington Mutual Bank to make identification with people who would have served Lieb if he had come. I asked the man purporting to be Lieb for a driver's license. He allowed me to make a photocopy of his fake ID. The photocopy is evidence. He violently reached past me, stole the evidence and attempted to destroy it in front of several witnesses. Jack Lieb is the named defendant–not his firm. The local FBI and the bank can't move without a court order.

This Continuing Criminal Enterprise described in my complaint specializes in changing identities and violence. Several reputable firms were hired to serve Judge McAdam and then Lieb regarding this case. The first attempt failed and they refunded my money. I contracted another firm and they refunded my money stating that there was an unforseen "conflict of interest". I tried to hire a private detective in June, 2008. We went over the details and agreed on a price. Then that agency tried to get me to drop this case. Since filing I've tried 5 process servers, a private detective and met with local FBI 3 times at two locations. I filed a complaint with the Coronado Police department and I filed for a court order for surveillance records. Lieb is evading service and the CCE is helping him. No one cares about patronage. It's the insane level of violence and fake identification that forces me and others to confront this CCE.

I swear that the forgoing is true to the best of my knowledge. Lantz Arnell, MD 8/30/08