# PROOF OF SERVICE—CIVIL

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Lantz Arnell
1516 Gloriette Blvd, Coronado, CA 92118
**TELEPHONE NO.:** 619-435 4064
**FAX NO. (Optional):**
**E-MAIL ADDRESS (Optional):**
**ATTORNEY FOR (Name):**

**FOR COURT USE ONLY**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
**STREET ADDRESS:** Cheryl Brierton, Esq
**MAILING ADDRESS:** 220 W. Broadway
**CITY AND ZIP CODE:** San Diego, Ca 92101
**BRANCH NAME:** Central Court House

**PETITIONER/PLAINTIFF:** Lantz Arnell
**RESPONDENT/DEFENDANT:** Judge William McAdam

**CASE NUMBER:** 08-CV-00441
**JUDGE:** Burns
**DEPT.:** Room 9

## PROOF OF SERVICE—CIVIL

**Check method of service (only one):**
- [ ] By Personal Service
- [X] By Mail
- [ ] By Overnight Delivery
- [ ] By Messenger Service
- [ ] By Facsimile
- [ ] By E-Mail/Electronic Transmission

(Do not use this Proof of Service to show service of a Summons and Complaint.)

1. At the time of service I was over 18 years of age and not a party to this action.

2. My address is (specify one):
   a. [ ] Business:
   b. [X] Residence: 416 B Avenue, Coronado, Ca 92118

3. On (date): 8-29-08   I served the following documents (specify):

   MEMORANDUM IN OPPOSITION TO ORDER TO SHOW CAUSE RE DISMISSAL

   [ ] The documents are listed in the Attachment to Proof of Service—Civil (Documents Served) (form POS-040(D)).

4. I served the documents on the persons below, as follows:
   a. Name of person served: CHERYL BRIERTON, ESQ.
   b. Address of person served: P. O. Box 120128
      220 W. Broadway
      San Diego, CA 92112   CENTRAL COURT HOUSE
   c. Fax number or e-mail address of person served, if service was by fax or e-mail:
   d. Time of service, if personal service was used:

   [ ] The names, addresses, and other applicable information about the persons served is on the Attachment to Proof of Service—Civil (Persons Served) (form POS-040(P)).

5. The documents were served by the following means (specify):
   a. [ ] By personal service. I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use
Judicial Council of California
POS-040 [New January 1, 2005]

**PROOF OF SERVICE—CIVIL**
(Proof of Service)

Code of Civ. Proc., §§ 1013, 1013a, 2015.5
www.courtinfo.ca.gov
American LegalNet, Inc.
www.USCourtForms.com

8-29-08

MAGNOLIA SANTAMARIA

[signature]