# UNITED STATES DISTRICT COURT

### Southern District of California

Lantz Arnell

                       Plaintiff,

v.                                                                            Case No.: 3:08−cv−00441−LAB−RBB
                                                                         Judge  Larry Alan Burns

William McAdam, et al.

                       Defendant.

### JUDGMENT IN A CIVIL CASE

_____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the motion to dismiss is granted and the complaint is dismissed without leave to amend.

                                                             W. Samuel Hamrick, Jr.,
                                                                          Clerk of the Court

Date: 9/9/08

                                                                       By: s/ P. Dela Cruz, Deputy Clerk

                                                                       ENTERED ON: September 9, 2008